UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ALTON HERBERT                                          CIVIL ACTION

VERSUS                                                 NO: 12-82

BARR LABORATORIES, INC., ET AL.                        SECTION: "A" (3)

<u>**ORDER**</u>

The Court having reviewed the Motion to Stay Pending Transfer to Multidistrict Litigation (Rec. Doc. 12) filed by defendant Barr Laboratories, Inc.,

Accordingly;

**IT IS ORDERED** that the **Motion to Stay Pending Transfer to Multidistrict Litigation (Rec. Doc. 12)** is **GRANTED**;

**IT IS FURTHER ORDERED** that this matter is **STAYED** pending further action by the MDL Court.

February 29, 2012

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE